UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **PERICLES CLERGEAU,**  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**DEPARTMENT OF CORRECTIONS, et al.,**  )<br>)<br>Defendant.  )<br>) | Civil Action No. 23-cv-12216-DJC |

## ORDER

**CASPER, J.**                                                                                       February 9, 2024

In an Order dated November 1, 2023, the Court ordered plaintiff Pericles Clergeau to pay the $402.00 filing fee or show good cause why he should not be required to do so. D. 8. The Court informed Clergeau that failure to comply with the Order by November 29, 2023, would likely result in dismissal of the action.

The time period for complying with the Court's Order has elapsed without any response from Clergeau. Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee or otherwise respond to the Order.

**So Ordered.**

/s Denise J. Casper
Denise J. Casper
United States District Judge

1